# United States District Court
# For The Western District of North Carolina
# Statesville Division

JEFFREY CERKONEY,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                             CASE NO. 5:08CV123-1-MU

SERGEANT HUDGINS,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 22, 2008, Order.

                                        Signed: October 22, 2008

                                        */s/ Frank G. Johns*

                                        Frank G. Johns, Clerk
                                        United States District Court